AO 106 (Rev. 04/10)  Application for a Search Warrant

HH

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.   2:19-mj-327
Information associated with seven Facebook accounts, )
as identified by Facebook unique ID number, and as )
further described in Attachment A hereto )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A incorporated herein by reference

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Alien Smuggling |
| 8 USC 1328 | Importation of Alien for Immoral Purposes |

The application is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anna S. Edgar, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  4-24-19

_____
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** ) | **Case No.:** 2:19-mj-327 |
| **information associated with Facebook accounts** ) | |
| **for user identification numbers:** ) | **Magistrate Judge** |
| **100000037808298 (godgreateslove),** ) | |
| **100010682027141 (paola.suazo.399),** ) | |
| **100011068365444 (marina.duartes.3),** ) | |
| **100011341508311 (angel.arita.969),** ) | |
| **100002233067630 (armando.juego),** ) | |
| **100007861680230 (robertoarmandojuego), and** ) | |
| ) | |
| **that is stored at premises controlled by** ) | |
| **Facebook Inc.** ) | |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Anna S. Edgar, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with certain Facebook user IDs, which are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), to require Facebook to disclose to the government records, including content, and other information in its possession, pertaining to the subscriber(s) or customer(s) associated with the listed user identification numbers.

2.      I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been since January 3, 2010. I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigation of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

1

3.      I am authorized to conduct investigations into federal criminal violations including but not limited to human trafficking, human smuggling, narcotic smuggling, child exploitation, weapons trafficking, money laundering, and bulk cash smuggling. In 2010, I graduated from the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program, as well as the Immigration & Customs Enforcement Special Agent Training Program. During the combined twenty (24) week course curriculum, I was instructed in all phases of criminal investigation such as: criminal law, search and seizure, field enforcement techniques, firearms proficiency, interviewing, and evidence collection.

4.      Your affiant is currently assigned to the HSI Columbus office, where I've conducted and assisted with numerous investigations involving human smuggling, human trafficking, child exploitation, bulk cash smuggling, and narcotics smuggling. From 2010 to February 2018, your affiant was assigned to the HSI Phoenix field office. During my time with HSI Phoenix, I conducted and assisted with dozens of investigations including criminal and administrative human smuggling cases. Prior to my employment with HSI, your affiant earned a Bachelor of Arts degree in Political Science, with a minor in Criminal Justice, from Northern Kentucky University.

5.      I have consulted with other federal agents who have extensive training and experience in conducting human smuggling, money laundering, narcotics smuggling, and other investigations into violations of federal law. Your Affiant knows based upon training, experience, and knowledge gained through my official duties, that crimes involving human smuggling may be committed in a variety of ways to include the importation of an alien for illegal and immoral purposes, as well as enticing an alien to come to and enter the United States illegally.

6.      The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. This affidavit is submitted in support of an application for a search warrant authorizing the search and seizure of the content of the Facebook accounts registered to the following identifiers: Facebook profile numbers (i.e. 10000XXXXXXXXXX) and profile account names (profile name) are as follows; 100000037808298 (godsgreateslove), 100010682027141 (paola.suazo.399), 100011068365444 (marina.duartes.3) , 100011341508311 (angel.arita.969), 100001861680203 (robertoarmandojuego), and 100002233067630 (Armando.juego). Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not set forth every fact

known by me regarding this investigation. I have not withheld any evidence or information that would negate probable cause.

7.      Based on my training and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 8, United States Code, Sections 1324(A)(iv) and 1328 relating to alien smuggling and the importation of alien for immoral purposes, have been committed, that the user(s) of the Facebook accounts listed herein and in Attachment A utilized those accounts to facilitate these crimes, and that evidence of those violations will be found within the information pertaining to the subscriber or customer associated with those accounts, including the contents of communications.

## JURISDICTION

8.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).]

## APPLICABLE LAW

9.      This investigation concerns alleged violations of Title 8, United States Code, Sections 1324(A)(iv) and 1328 relating to alien smuggling and the importation of alien for immoral purposes.

10.     Title 8, United States Code, Section 1324(A)(iv)(II) prohibits any person from encouraging or inducing an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law, or aiding or abetting the commission of any of the preceding acts.

11.     Title 8, United States Code, Section 1328 prohibits any person from importing any alien into the United States for prostitution or any immoral purpose.

## COMPUTER TERMS

12.     For the purposes of this affidavit, unless otherwise specifically indicated, the term computer, as defined in 18 USC §1030(e) (1), refers to the box that houses the central processing unit (CPU), along with any internal storage devices (such as internal hard drives) and internal communication devices (such as internal modems capable of sending/receiving electronic mail or fax cards) along with any other hardware stored or housed internally. Printers, external modems (attached by cable to the main unit), monitors and other external attachments will be referred to collectively as peripherals and discussed

3

individually when appropriate. When the computer and all peripherals are referred to as one package, the term computer system is used. Information refers to all the information on a computer system including both software applications and data.

13. The term computer hardware as used in this affidavit refers to all equipment that can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes, but is not limited to, any data processing devices (such as central processing units, memory typewriters, and self-contained laptops or notebook computers); internal and peripheral storage devices, transistor-like binary devices, and other memory storage devices; peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors and optical readers); and related communications devices (such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices and electronic tone generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

14. The term computer software as used in this affidavit refers to digital information, which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters and communications programs.

15. Visual depictions in the computer environment are usually in the form of "computer graphic files." Computer graphic files are files where photographs have been digitized into computer binary format. Once in this format the graphic file can be viewed, copied, stored, transmitted, and/or printed. Computer graphic files are differentiated by the type of format convention by which they were created. Common types of computer graphic image files encountered are those in a Joint Photographic Experts Group or JPEG format having the ".jpg" file extension, those graphic files in a Graphic Interchange Format or GIF having the ".gif" file extension, and those graphic files in a Tagged Image File format or TIF having the ".tif" file extension. Common video files encountered are those in a Moving Picture Experts Group or MPEG format having the ".mpeg" or ".mpg" file extension and the Audio Video Interleave or AVI format having the ".avi" file extension. Although other file formats exist, these are the most common formats encountered.

4

## INFORMATION REGARDING FACEBOOK

16.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users called "Friends", and sometimes with the general public.

17.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. To create an account, the user must provide Facebook with an e-mail address which becomes the Facebook user name for log-in purposes. Other required information may include the user's full name, birth date, gender, other contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

18.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

19.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook. The user can choose to be notified when other Facebook users make comments or posts about the user or send private messages to the user's Facebook Messenger. The user can choose to have these notifications sent to their associated email account.

5

20.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

21.     Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos associated with a user's account will include all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

22.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

23.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

24.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

25.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

6

26.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

27.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

28.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

29.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

30.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

31.     Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

32.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

33.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

34.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

35.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INVESTIGATION AND PROBABLE CAUSE

36.     On January 3, 2019, HSI McAllen received information regarding a human smuggling event involving an unaccompanied female minor from Honduras (hereinafter referred to as CV).  An individual residing in Columbus, Ohio, later identified as Roberto RICO-Gonzalez (hereinafter referred to as RICO), had contacted law enforcement to report that CV had travelled to the U.S. from Honduras, and was being held against her will in Texas.  On January 9, 2019, HSI Special Agents located and interviewed CV regarding the allegations made by RICO.  CV denied that she was being held against her will and provided information concerning her relationship with RICO.

37.     Approximately two years ago, RICO befriended CV on Facebook, when CV was approximately fifteen (15) years of age (CV's DOB: 01/30/2002). RICO sent CV a friend request via Facebook.  CV accepted the request, even though RICO was not Facebook "friends" with any of CV's family members or other associates.  After approximately six months of online and electronic correspondence, including Facebook, RICO asked CV if she would be his girlfriend, to which CV

accepted. Prior to coming to the United States, CV and her family had made the decision to join a caravan that was traveling to the U.S. CV notified RICO of her family's intention to come to the U.S., and RICO encouraged CV to join the caravan. RICO advised that he would help CV and her family with their journey to the U.S. CV stated that she and RICO had conversed about her coming to the U.S. for the purpose of engaging in a romantic relationship and creating a family together. CV and RICO corresponded via Facebook, WhatsApp, and video chat or video calling. RICO and CV continued their online relationship until CV entered the U.S. According to CV, RICO agreed to pay $4000.00 USD per person for her and another family member to come to the U.S., and for CV to meet with RICO in Ohio. CV advised that RICO sent money to assist CV and her family while they were traveling through Mexico, on their way to the U.S. CV stated that once she entered the U.S. and reached Texas, she was contacted via Facebook by RICO's wife, Raquel CASTANEDA. CV became upset that RICO had lied to her about whether he was married and stopped communicating with him. CV sent photos to RICO of the messages she had received through Facebook from CASTANEDA. CV decided not to travel to Ohio to be with RICO. CV stated that RICO's plan to pay for her family member to come to the U.S. fell through after CV decided not to travel to Ohio to see RICO.

38.     On January 31, 2019, HSI interviewed RICO. RICO stated that he sent a friend request to CV via Facebook, and that he knew she was a juvenile female from Honduras. RICO stated that he was helping CV and her family, by sending money to be used as a smuggling payment in Mexico, which would allow them to come to the U.S. illegally. RICO provided HSI agents two cellular phones, which he used to communicate with CV. According to RICO, he communicated with CV via Facebook and Facebook Messenger. RICO also communicated with CV through FaceTime video calling, WhatsApp messenger and video, and through text messaging. RICO also communicated with ARITA, the brother-in-law of CV. Initially, ARITA planned to accompany CV to Ohio. RICO had agreed to pay for ARITA's passage into the U.S., but those plans fell through when CV decided against traveling to Ohio to meet with RICO.

39.     During the investigation agents have been able to observe that RICO, CASTANEDA, CV, and ARITA all have and maintain personal profiles on Facebook. Based on statements made by both RICO and CV, RICO used Facebook to communicate with CV and her family members. Based on statements made by CV and CASTANEDA, CASTANEDA used Facebook to contact and communicate with CV. Specifically, CV stated that she has created and maintained multiple Facebook accounts. Facebook accounts utilized by RICO have been identified through information obtained from a consensual search of CV's cellular phone as well as through information obtained from CASTANEDA.

The unique identifiers for the Facebook accounts connected to RICO, CASTANEDA, CV, and ARITA Facebook are listed in Attachment "A."

## CONCLUSION

40.     Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that the Facebook accounts listed in Attachment A, which is incorporated herein by reference, were utilized to commit violations of 8 U.S.C. §§ 1324 and 1328, and that evidence of those violations are located within the information associated with the Facebook accounts described in Attachment A, which is stored on computers maintained by Facebook.  Your Affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search of the information, including content of communications, of the Facebook accounts described in Attachment A that is stored at the premises owned, maintained, controlled, and/or operated by Facebook, headquartered at 1601 Willow Road in Menlo Park, California, and the search and seizure of the items described in Attachment B, which is incorporated herein by reference.

41.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government authorized persons will review that information to locate the items described in Section II of Attachment B.

42.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Furthermore, because the warrant will be served on Facebook, Inc., who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

Anna S. Edgar
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this ___24___ day of  April, 2019.

UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT "A"
# PROPERTY TO BE SEARCHED

This warrant applies to information, including content of communications, associated with the Facebook Unique ID numbers for the following individuals;

- Child Victim (CV): **100031600681661 (vanessa.castroderamirez), 100010682027141 (paola.suazo.399), 100011068365444 (marina.duartes.3),**
- Roberto RICO-Gonzalez: **100002233067630 (Armando.juego), 100007861680230 (robertoarmandojuego);**
- Angel ARITA: **100011341508311 (angel.artia.969);** and
- Raquel CASTANEDA: **100000037808298 (godgreateslove)**

all of which are stored at premises owned, maintained, controlled, or operated by Facebook, Inc. headquarter at: Facebook, Inc., 1601 Willow Road, Menlo Park, CA 94025.

**ATTACHMENT "B"**
**PARTICULAR THINGS TO BE SEIZED**

**I.    Information to be disclosed by Facebook, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook including any emails, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each account or identifier listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests, images and videos (containing the metadata);

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into the account;

(h)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

(q)     All Machine Cookie for https://www.facebook.com/kimberlin.gracia.9; and user ID, vanity nickname, and primary email address for all other accounts accessed or created from the same machine between July 04, 2018 and July 09, 2018 based on Machine Cookie

## II.     Information to be seized by the government

All information described above in Section I that constitute fruits, evidence and instrumentalities of violations of 8 U.S.C. §§ 1324 and 1328 including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)     All electronic online interactions between CV and Roberto RICO-Gonzalez.

(b)     All electronic communications between CV and Roberto RICO-Gonzalez, and familial relations relating to any plans to come to the U.S.

(c)     Any evidence that would tend to identify the person using the account when any of the items listed in subparagraphs a and b were sent, read, copied or downloaded.

(d)     Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.